Myers v. Bucca Mr. Myers Please the court my name is Scott Myers and I'm pursuing a request to certify certain defendants. The case began in Greene County after we left lower Manhattan a few blocks from here. We went up to the mountains and were largely mistreated. The first case that was certified by the federal district court was against Greene County officer Rowell who arrested me on February 14th claimed DWI. I defeated that at trial. I filed the 1983. In that same filing I filed against other members of law enforcement in Greene County and a counselor from the Department of Mental Health, Moranty. The district court judge Baxter suggested that it was speculative on whether or not I would be able to reverse the indictments which were for contempt of court for violating an order of protection which was for writing letters to our children. Those now have been reversed and stayed by the third department and I'm simply back here with that progress that's been made. I've been the one doing the legal work. We've also looked at the possibility of including the public defender in Greene County, Mr. Scaturro, in a collaborative role. I do understand that the US Supreme Court tries to isolate the public defenders so that they can remain independent of the government and that would make sense but there's a lot here that showed me that he was not capable of the arguments that were needed and that there was some particular collaboration that allows me to also request that we certify Mr. Scaturro as well as Sheriff Seeley, Michael Spitz, the jail superintendent, Lieutenant Lease in the town of Hunter, Sergeant-in-Charge Haynes, Officer Schrader in the town of Hunter, Lou Berra in the Department of Probation, and Mr. Frisbee and the superintendent of probation, and Miss Beckman who has been writing the pre-sentence. I'm a little puzzled by what you mean by certify. Well I don't know the terms and I'm sorry. Well but I understand it's sometimes you know we have a lot of technicalities and it's difficult for a layperson. I understand that. May I just, you know, your case continues to proceed in the district court, right? All your claims were not dismissed. Only some of them were dismissed. Basically they dismissed with prejudice. Almost everyone. Almost. Well the problem is that things continue to accumulate. One of the issues I have is to be safe in that county and the reinforcement of the behaviors that have been occurring were partly dismissed because as a litigation opportunity because the decisions in the indictments had not been reversed. Apparently. I understand all of that but the question I have, the basic rule of appellate jurisdiction is you can't appeal until the case is over. So until that last claim is either dismissed. I don't think I can do anything except against Raul. And now that's the position. Exactly. But that's different because. That's part of the same case. Well that's the point. I put in a motion for bifurcation that said the clock starts when I filed originally. And okay we get one. But the others now were dismissed mostly because we didn't know what the results would be of the indictments. So now we know the results of the indictments. So now does that mean okay we're back in the federal district court and those are now people and I'm suggesting that because the issues are separate from a DWI arrest that was defeated at trial thoroughly that that might be something handled better. On the other hand in the efficiency of the court and my own time we put them together and we say all right who do we look at in this? Who do we include? Who is allowed to be included? And I disagree with the decisions so far of dismissing certain litigants, certain defendants. And because this stuff keeps happening I can't protect my family until I start to get some sort of traction. I don't mind going back into the federal court. I mean in the district court. So I'm here basically either to take them as two separate courses or to and say that the mediation that that magistrate Baxter suggested we started the paperwork on that. But then we have these other defendants and now that we know that's not speculative that those are going to be reversed then maybe we actually need to. Did they obstruct justice? Did they prevent me from getting to the public defender or did the public defender fail? Right thank you Mr. Myers. Let's hear from the government and then I know you want to rebut. Thank you. Good morning Your Honors. Crystal Peck for the appellees. The claims that were initially brought in the lower court and this is a this was dismissed sua sponte from the court were a variety of claims for false arrest, malicious prosecution and there wasn't access to the court's claim that was also brought. Several of these claims were dismissed with prejudice based on absolute immunity for the A. D. A. The district attorney and several of the probation officers that issued pre sentence pre trial reports and with respect to those I think that those judgments are final. I don't think that a reversal of a conviction is going to be able to change the course determined on whether these individuals were entitled to absolute immunity. You think they're final and we have jurisdiction? No, I'm sorry. I do not think there is jurisdiction. There is an interlocutory appeal that because the claim does remain against defendant Raul, this cannot go forward. Is the denial of a request to bifurcate a final order under the cases? The request to bifurcate was made to the appellate division. I don't believe it went before the Northern District and it wasn't in the the summary orders that were appealed from. So that that's not one that can bring be before us. That that would be my position. Your honor, that the only issue before us is this case is not yet finished. Do we have jurisdiction to hear it now? And the answer to that is we don't have jurisdiction until a case is finished. I can understand why a pro se litigant not knowing when they can appeal or not might appeal. But the time to appeal is when everything is over because we don't have power to act before that. I absolutely agree with your honor. That was the first argument that we raised in our brief. Of course, we also had to address all of the claims that were being appealed from from the lower court, which is the absolute immunity issues. And if we don't have jurisdiction, we can't even hear the other things. I absolutely agree with your honor. Thank you. So essentially the the appellee's position is that this there is no jurisdiction over the appeal. Um, and even notwithstanding that, the lower court's decision was completely supported by the evidence of the one claim that Mr Myers does make. He talks about the reversal of a conviction. It pertained only to one claim. It was an access to the court's claim. It was against, uh, the Green County Sheriff as well as the superintendent of the jail. Uh, the district court dismissed that claim under the heck rule. Mr Myers did ask that the district court stay the cause of action until there was a decision on whether his conviction was going to be reversed. The court used its discretion and said it would not stay. There is decision. It would dismiss that cause of action. Eventually, his conviction was reversed. And I would say that even with the reversal of the conviction, the northern district still acted within its discretion and staying in refusing to stay the cause of action. And notwithstanding that, there just aren't simply there simply are not facts alleged in the complaint or either in the documents that were submitted with a complaint that support and access to the court's order to the refusal to stay the proceedings. Yes. It ultimately it is our argument that this is an interlocutory appeal and that there is no jurisdiction. All right. Thank you very much. Mr Myers would be happy to hear from you in rebuttal. Thank you. Your hours. The idea of whether a case is final or not was most of the conversation this morning and whether I'm not a pro se or not, probably isn't a matter of my particular expertise or education. So here we have something practical. Uh, not only did the jail block me from getting an attorney, uh, it blocked me from having a notary. That meant that my possessions, my chowder was lost. I lost that case in the Supreme Court in Green County. Can't even sue the people that took my possessions. We're not safe in Green County yet. I think rightly or wrongly because it's practical that I can't go back and reorganize these particular arguments. Miss Pex made the conclusion that they but we've been abused ever since we arrived in Green County and I can't even move back to Tannersville. The judge had to recuse the district, but the district assistant district attorney Buca, he and his father represent our matrimonial property. Shouldn't have been prosecuting to begin with. There's there's a plethora of materials that are extraordinary. Uh, the sheriff wouldn't let me bring my material to court when I was in trial. Wouldn't let me carry them. I mean, the material that's in the record is now there because I took these to trial carefully in Green County as the person doing the arguing. The public defender had to sit next to me. I don't mind, but he wasn't going to do what needed to be done. The public defender couldn't even bring me paper and pencil. I mean, it was really extreme. I think we understand your position. We're going to take. I do believe there is. I do believe there's jurisdiction in this court because I can't get back into the federal court on the other. The other defendants. I just can't seem to do it. If we were to conclude that it's interlocutory when the rest when the part of the case that's still pending is concluded, then you could bifurcation motion seems final to me because that's a different matter because as as counsel just and the reason for the bifurcation is to maintain the statute of limitations for filing in this particular situation. And I don't mind if that particular case isn't certified in my words, but that at least I have real well, which is fine. But the other defendants, if we bifurcate, then I can process that as a separate item. Thank you very much. Thank you very much. We're, as I said, we'll take the matter under advisement.